1

2   JAMES WM. BRAVOS, ESQ.
    State Bar No. 138097
3   2185 Sunset Cliffs Blvd.
    San Diego, CA 92107
4   (619) 222-3504

5   Attorney for Plaintiff, Q-ELECTRIC LLC

FILED

07 OCT 29 PM 3:54

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___  DEPUTY

6

7

8

9

10              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF CALIFORNIA
11                                          07 CV 2060 JM (LSP)

12   Q-ELECTRIC LLC,                    )   CASE NO.
                                        )
13          Plaintiff,                  )   COMPLAINT FOR
                                        )   TEMPORARY RESTRAINING
14       v,                             )   ORDER; PRELIMINARY AND
                                        )   PERMANENT INJUNCTIONS
15                                      )   AND DAMAGES
     HOT 4 SCOOTERS, an Entity of Unknown )
16   Organization; CCMC, an Entity of   )   PATENT INFRINGEMENT
     Unknown Organization; MR B'S SCOOTERS, )
17   an Entity of Unknown Organization; )   [35 U.S.C. 271]
     SCOOTER TRONICS, an Entity of Unknown )
18   Organization; SCOOTER CATALOG, an  )
     Entity of Unknown Organization; E- )
19   SCOOTER PARTS, an Entity of Unknown )
     Organization; GAS POCKET BIKES, an )
20   Entity of Unknown Organization;    )
     ADVANCED ELECTRIC SCOOTERS, an Entity )
21   of Unknown Organization; BEST SCOOTER )
     BUYS, an Entity of Unknown Organization; )
22   TM SCOOTER WORLD, an  Entity of Unknown )
     Organization; M&J TRADING, an Entity of )
23   Unknown Organization; THE GO! STORE, an )
     Entity of Unknown Organization; NATIONAL )
24   ONLINE SALES, an Entity of Unknown )
     Organization; K AND K ENTERPRISES, an )
25   Entity of Unknown Organization; MONSTER )
     MOTOR SCOOTERS, an Entity of Unknown )
26   Organization; URBAN SCOOTERS, an Entity )
     of Unknown Organization; GET SCOOTER )
27   COMPANY, an Entity of Unknown       )
     Organization; SCOOTER GURU, an Entity )
28   of Unknown Organization; SCOOTER TOWN )
     USA, an Entity of Unknown Organization; )
     HARBOR FRIEGHT TOOLS, an Entity of  )

1

Unknown Organization; AIYA GROUP / )
WOWSHOPPER.COM an Entity of Unknown )
Organization; UNIVERSEMALL.COM an )
Entity of Unknown Organization; EOS )
TRADING CORP (dba SALE STORES) an )
Entity of Unknown Organization; DMART )
INC an Entity of Unknown Organization; )
NOVATECHGADGETS.COM an Entity of Unknown )
Organization; OPTIMUMHOUSE CORP an )
Entity of Unknown Organization; AMERICAN )
POGO STICK COMPANY an Entity of Unknown )
Organization; BOSSBIMON INC USA  an )
Entity of Unknown Organization; and, )
DOES 1 through 100. )
　　　　　　　　　　　　　　　　　　　　　 )
　　　Defendants. )

For it's complaint against defendants, and each of them,

Plaintiff Q-ELECTRIC LLC alleges as follows:

## NATURE OF THE CASE

1. This cause of action is for Infringement of a United States Utility Patent and Design Patent and arises under the patent laws of the United States, Title 35 of the United States Code. The Courts has jurisdiction of this cause of action under said title 35 and under, 28 U.S.C. Section 1400 (b) in as much as the plaintiff's principle place of business in this judicial district and the defendants have committed acts of infringement therein.

## PARTIES, JURISDICTION, and VENUE

2. Q-ELECTRIC LLC is a company duly organized and  existing under the laws of the State of California and having its principal place of business at 374 Encinitas Blvd. Encinitas, California 92024.

3. Upon information and belief, defendant HOT 4 SCOOTERS is a business entity of unknown organization and existing under the

laws of the State of South Carolina and having a mailing address of 14 New Orleans Rd Suite 13, Hilton Head Island, South Carolina 29928.

4. Upon information and belief, defendant CCMC is a business entity of unknown organization and existing under the laws of the State of Florida and having a mailing address of 943 North University Ave Suite 408, Coral Springs, Florida 33071.

5. Upon information and belief, defendant MR. B's SCOOTERS is a business entity of unknown organization and existing under the laws of the State of Illinois and having a mailing address of PO box 26, Camp Point, Illinois, 62320.

6. Upon information and belief, defendant SCOOTERTRONICS is a business entity of unknown organization and existing under the laws of the State of Maryland and having a mailing address of 3370 Leonardtown Road, Waldorf, Maryland 20601.

7. Upon information and belief, defendant SCOOTER CATALOG is a business entity of unknown organization and existing under the laws of the State of Texas and having a mailing address of 9818 Rose Mist Lane #A, Houston, Texas 77038.

8. Upon information and belief, defendant E SCOOTER PARTS is a business entity of unknown organization and existing under the laws of the State of Texas and having a mailing address of 1829-1 County Road 130, Pearland, Texas 77581.

9. Upon information and belief, defendant GAS POCKET BIKES is a business entity of unknown organization and existing under the laws of the State of Michigan and having a mailing address of 1512 E Columbia Ave, Battle Creek, Michigan 49014.

3

10. Upon information and belief, defendant **ADVANCED ELECTRIC SCOOTERS** is a business entity of unknown organization and existing under the laws of the State of Nevada and having a mailing address of 7231 South Eastern Ave b-183, Las Vegas, Nevada 89119.

11. Upon information and belief, defendant **BEST SCOOTER BUYS** is a business entity of unknown organization and existing under the laws of the State of Colorado and having a mailing address of 8156 E. South Wadsworth Blvd, Littleton, Colorado 80128.

12. Upon information and belief, defendant **TM CONCEPTS** is a business entity of unknown organization and existing under the laws of the State of Florida and having a mailing address of PO Box 340718, Tampa, Florida 33694.

13. Upon information and belief, defendant **M&J TRADING** is a business entity of unknown organization and existing under the laws of the State of Minnesota and having a mailing address of 51516 Wildwood Rd, Cass Lake, Minnesota 56633.

14. Upon information and belief, defendant **THE GO! STORE** is a business entity of unknown organization and existing under the laws of the State of Ohio and having a mailing address of 487 Schrock Road, Columbus, Ohio 43229.

15. Upon information and belief, defendant **NATIONAL ONLINE SALES** is a business entity of unknown organization and existing under the laws of the State of Iowa and having a mailing address of 407 East 13th Place, Indianola, Iowa 50125.

16. Upon information and belief, defendant **K&K ENTERPRISES** is a business entity of unknown organization and existing under the laws of the State of Michigan and having a mailing address of PO

4

Box 645, Cadillac, Michigan 49601.

17. Upon information and belief, defendant MONSTER MOTOR SCOOTERS is a business entity of unknown organization and existing under the laws of the State of Maryland and having a mailing address of 2008 Wildwood center #263, California, Maryland 20619.

18. Upon information and belief, defendant URBAN SCOOTERS business entity of unknown organization and existing under the laws of the State of California and having a mailing address of 1107 Fair Oaks Ave #244, South Pasadena, California 91030.

19. Upon information and belief, defendant POWER STORES DIRECT is a business entity of unknown organization and existing under the laws of the State of Kentucky and having a mailing address of 2925 S Third Street, Louisville, Kentucky 40208.

20. Upon information and belief, defendant GET SCOOTER COMPANY is a business entity of unknown organization and existing under the laws of the State of   and having a mailing address of 910 N. 19th Ave E., Iowa 50208.

21. Upon information and belief, defendant SCOOTER GURU is a business entity of unknown organization and existing under the laws of the State of California and having a mailing address of 1840 West Wittier Blvd #1921, La Habra, California 90631.

22. Upon information and belief, defendant HARBOR FREIGHT TOOLS is a business entity of unknown organization and existing under the laws of the State of California and having a mailing address of 3491 Mission Oaks Blvd, Cal. 93011.

23. Upon information and belief, defendant AIYA GROUP / WOWSHOPPER.COM is a business entity of unknown organization and

existing under the laws of the State of California and having a mailing address of 13203 Rosecrans Ave. Santa Fe Springs CA 90670.

24. Upon information and belief, defendant UNIVERSEMALL.COM is a business entity of unknown organization and existing under the laws of the State of Florida and having a mailing address of 5150 NW 109th Ave # 4 Sunrise, FL 33351.

25. Upon information and belief, defendant EOS TRADING CORP (dba SALE STORES) is a business entity of unknown organization and existing under the laws of the State of Florida and having a mailing address of 99 NW 183 St, Suite 115, Miami, FL 33169.

26. Upon information and belief, defendant DMART INC is a business entity of unknown organization and existing under the laws of Washington, DC and having a mailing address of 2834 Alabama Ave., Washington, DC 20020.

27. Upon information and belief, defendant NOVATECHGADGETS.COM is a business entity of unknown organization and existing under the laws of the State of Texas, and having a mailing address of 5300 N. Braeswood #277, Houston, TX.77096.

28. Upon information and belief, defendant OPTIMUMHOUSE CORP is a business entity of unknown organization and existing under the laws of an unknown state and having an unknown mailing address.

29. Upon information and belief, defendant AMERICAN POGO STICK COMPANY is a business entity of unknown organization and existing under the laws of California and having a mailing address of 4712 Admiralty Way, Ste. 180, Marina del Rey, CA. 90292.

6

30. Upon information and belief, defendant BOSSBIMON INC USA is a business entity of unknown organization and existing under the laws of an unknown state and having an unknown mailing address.

31. Plaintiffs do not know the true names, capacities, or basis for liability of Defendants sued in this action as Does I through 20, inclusive, and will amend this complaint when the same is ascertained. At all relevant times each Defendant, including any Defendant fictitiously named, was acting as the agent, servant, employee, partner, or joint venturer of each other Defendant in doing the things alleged herein, and is responsible in some manner for the damages claimed herein by the Plaintiff.

GENERAL ALLEGATIONS

32. Paragraphs 1 though 31 are realleged as if fully set forth.

33. On June 21, 2005, United States Utility Patent No. 6,907,94 B1 was duly and legally issued on application by the inventor, John Wang an individual and Director of Distribution Solutions USA Inc. novel and inventive ornamental design of a Motor Driven Vehicle for transporting a standing person. Said patent was granted to plaintiff as assignee of record of all of right, title and interest in and to the invention of Utility Patent No. 6,907,949 B1 is attached hereto as Exhibit A.

34. On July 12, 2005, United States Design Patent No. D507,206 S was duly and legally issued on application by the inventor John Wang an individual and Director of Distribution Solutions USA Inc. for a novel and inventive ornamental design of

a Motor Driven Vehicle for Transporting a standing person.  Said
Patent was granted to plaintiff as assignee of record of all of
right, title and interest in and to the invention of Design Patent
No. D507,206 S and said patent has at all times been, and is
still, owned by plaintiff. A copy of  Design Patent No. D507,206 S
is attached hereto as Exhibit B.

35. Plaintiff has manufactured and sold a Motor Driven
Vehicle for transporting a standing person which embodies the
invention of John Wang Utility Patent No. 6,907,949 B1 and Design
Patent No. D507,206 S and such vehicles have met with widespread
commercial acceptance.

36. Upon information and belief, all defendants, subsequent
to the issuance of Utility Patent No. 6,907,949 B1 and Design
Patent No. D507,206 S and with full knowledge thereof, commenced
infringing said patent within this judicial district and elsewhere
by the unauthorized manufacture, use, and sale of articles
embodying the ornamental design of said patent. An illustration of
defendant's infringing product, excerpted from  promotional
material circulated by defendant, is attached hereto as Exhibit C.

37. Upon information and belief, all defendants have by their
aforementioned infringement of Utility Patent No. 6,907,949 B1 and
Design Patent No. D507,206 S unlawfully derived substantial
profits and gains that plaintiff would otherwise have received.

38. Plaintiff has been greatly and irreparably damaged by
reason of defendant's infringement, and unless defendant is
enjoined by this Court, it will continue its acts of patent
infringement to plaintiff's irreparable harm and to defendant's

unjust enrichment and gain.

39. Plaintiff as no adequate remedy at law and cannot obtain relief save in this Court by and injunction, accounting and damages.

DEMAND FOR RELIEF

WHEREFORE, Distribution Solution USA Inc demands judgment as follows:

(a) That defendants, their officers, agents, servants, employees and attorneys and all person in active consort with them, or any of them, be preliminarily and permanently enjoined from infringing United States Utility Patent No. 6,907,949 B1 and Design Patent No. D507,206 S by manufacturing, using, or selling any articles embodying the ornamental design of said patent or by inducing others to commit any such acts of infringement;

(b) That plaintiff be awarded damages incurred as a result of defendant's unlawful acts complained of herein, said damages to be trebled because of the willful nature of defendant's said acts;

(c) That defendants be required to account for and pay over to the plaintiff all profits realized by defendants from the unlawful acts complained of herein; and

(d) That plaintiff have such other and further relief as this Court may deem just and proper, together with reasonable attorneys' fees and the costs and disbursements of this action.

September 11, 2007

_____
JAMES W. BRAVOS, ESQ.

EXHIBIT A

# The United States of America

## The Director of the United States Patent and Trademark Office

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

## United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America for the term set forth below, subject to the payment of maintenance fees as provided by law.*

*If this application was filed prior to June 8, 1995, the term of this patent is the longer of seventeen years from the date of grant of this patent or twenty years from the earliest effective U.S. filing date of the application, subject to any statutory extension.*

*If this application was filed on or after June 8, 1995, the term of this patent is twenty years from the U.S. filing date, subject to any statutory extension. If the application contains a specific reference to an earlier filed application or applications under 35 U.S.C. 120, 121 or 365(c), the term of the patent is twenty years from the date on which the earliest application was filed, subject to any statutory extensions.*

US006907949B1

(12) **United States Patent**
Wang

(10) Patent No.: **US 6,907,949 B1**
(45) Date of Patent: **Jun. 21, 2005**

(54) **BATTERY POWERED MOTOR VEHICLE AND METHOD OF USE**

(76) Inventor: **John Baron Wang**, 118 13th St., Del Mar, CA (US) 92014

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 14 days.

(21) Appl. No.: **10/877,251**

(22) Filed: **Jun. 25, 2004**

**Related U.S. Application Data**

(60) Provisional application No. 60/497,037, filed on Aug. 22, 2003.

(51) Int. Cl.⁷ .............................................. **B60K 1/00**
(52) U.S. Cl. ............... **180/65.5**; 180/6.5; 180/19.1; 180/65.1; 180/6.32
(58) Field of Search ....................... 180/6.32, 6.48, 180/6.5, 19.1–19.3, 21, 65.1, 65.3, 65.5

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,750,578 A * 6/1988 Brandenfels ................ 180/13

| | | | |
|---|---|---|---|
| 4,874,055 A * | 10/1989 | Heer ....................... | 180/65.1 |
| 5,482,125 A * | 1/1996 | Pagett ..................... | 180/6.32 |
| 5,657,828 A * | 8/1997 | Nagamachi ................ | 180/19.3 |
| 6,260,646 B1 * | 7/2001 | Fernandez et al. ......... | 180/65.6 |
| 6,276,471 B1 * | 8/2001 | Kratzenberg et al. ...... | 180/19.3 |
| 6,302,230 B1 * | 10/2001 | Kamen et al. ............. | 180/171 |
| 6,371,228 B1 * | 4/2002 | Husted et al. ............. | 180/65.1 |
| 6,543,564 B1 * | 4/2003 | Kamen et al. ............. | 180/89.13 |
| 6,659,211 B2 * | 12/2003 | Esposito ................... | 180/65.1 |

* cited by examiner

*Primary Examiner*—Lesley D. Morris
*Assistant Examiner*—J. Lum
(74) *Attorney, Agent, or Firm*—Ted Masters

(57)        **ABSTRACT**

A battery powered motor vehicle for transporting a rider in a standing position can be steered by either selective distribution of the riders weight, or alternative by turning a steering console. By attaching a cargo rack, the battery powered motor vehicle can be converted to a hand truck for transporting cargo. In the hand truck mode, the battery powered motor vehicle can either be powered wherein the vehicle moves in reverse, or manually pushed wherein the vehicle is in a neutral state.

**7 Claims, 12 Drawing Sheets**



**U.S. Patent**    Jun. 21, 2005    Sheet 1 of 12    US 6,907,949 B1



Fig. 1



Fig. 2

**U.S. Patent**    Jun. 21, 2005    Sheet 2 of 12    US 6,907,949 B1



Fig. 3          Fig. 4



Fig. 5

Fig. 6

Fig. 7



**U.S. Patent**    Jun. 21, 2005    Sheet 5 of 12    **US 6,907,949 B1**



Fig.8

Fig.9

**U.S. Patent**    Jun. 21, 2005    Sheet 6 of 12    US 6,907,949 B1



Fig. 10

Fig. 11



Fig. 12



Fig. 13

**Fig. 14**



**Fig. 15**





Fig. 16

Fig. 17

Case 3:07-cv-02060-JM-LSP    Document 1    Filed 10/29/2007    Page 22 of 41



Fig. 18



Fig. 19

Fig. 20

Fig. 21



1

# BATTERY POWERED MOTOR VEHICLE AND METHOD OF USE

## CROSS REFERENCE TO RELATED APPLICATION

This application claims the filing benefit under 35 U.S.C. § 119(e) of U.S. Provisional Application No. 60/497,037, filed Aug. 22, 2003, which is included herein by reference.

## TECHNICAL FIELD

The present invention pertains generally to wheeled battery powered motor vehicles for transporting people, and more particularly to a battery powered motor vehicle upon which a person stands, and which may be steered by either shifting the user's weight or by turning a steering mechanism.

## BACKGROUND OF THE INVENTION

Wheeled battery powered motor vehicles for transporting a standing person are known in the art. For example, U.S. Pat. No. 6,561,294 illustrates a balancing vehicle that supports a rider on a support such as a seat in a such a manner as to allow the position of the center of gravity of the vehicle to be varied by motion of the support. Motion of the support additionally provides for control of a drive that propels the vehicle in a manner responsive to the position of the center of gravity. The vehicle is thus capable of control by leaning of a seated rider.

## BRIEF SUMMARY OF THE INVENTION

The present invention is directed to a battery powered motor vehicle for transporting a rider in a standing position. The rider may steer the vehicle by either (1) leaning his/her weight to one side or the other to effect gradual turns, or (2) turning a steering console to effect sharp turns. In addition to transporting a rider, the vehicle can be converted to a powered or unpowered hand truck for transporting cargo.

In accordance with a preferred embodiment of the invention, a battery powered motor vehicle for transporting a rider includes:

a body having a platform for a rider to stand upon, the platform having a right side and an opposite left side;

a steering column having a top end and an opposite bottom end, the bottom end of the steering column rotatably connected to the body, the steering column rotatable about a first vertical axis;

a steering console is connected to the top end of the steering column;

a right front wheel is connected to the right side of the body, the right front wheel having a right hub electric motor;

a left front wheel connected to the left side of the body, the left front wheel having a left hub electric motor; the right hub electric motor being mechanically and electrically independent from the left hub electric motor;

a right back wheel is rotatable about a second vertical axis;

a left back wheel is rotatable about a third vertical axis, the left back wheel being spaced apart from and parallel to the right back wheel;

the right and left back wheels mechanically linked to the steering column so that when the steering column is rotated to the right about the first vertical axis, the right

2

and left back wheels rotate to the left about the second and third vertical axes respectively, and when the steering column is rotated to the left about the first vertical axis, the right and left back wheels rotate to the right about the second and third vertical axes respectively;

battery powered motor vehicle power movable in either a forward or reverse direction, wherein the right front and left front wheels are powered;

wherein when the battery powered motor vehicle is moving forward, the rider may selectively place a majority of his/her weight upon the right side of the platform, thereby causing an increased mechanical load to be placed on the right hub electric motor and a decreased mechanical load to be placed on the left hub electric motor, thereby causing the right hub electric motor to turn slower than the left hub electric motor to turn faster and the battery powered motor vehicle to turn gradually to the right;

wherein when the battery powered motor vehicle is moving forward, the rider may selectively place a majority of the his/her weight upon the left side of the platform, thereby causing an increased mechanical load to be placed on the left hub electric motor and a decreased mechanical load to be placed on the right hub electric motor, thereby causing the left hub electric motor to turn slower than the right hub electric motor to turn faster and the battery powered motor vehicle to turn gradually to the left;

wherein when the battery powered motor vehicle is moving forward, the rider may selectively turn the steering console to the right about the first vertical axis wherein the steering column rotates to the right causing the right and left back wheels to rotate to the left about the second and third vertical axes respectively, thereby causing the battery powered motor vehicle to turn sharply to the right; and,

wherein when battery powered motor vehicle is moving forward, the rider may selectively turn the steering console to the left about the first vertical axis wherein the steering column rotates to rotate to the right about the second and third vertical axes respectively, thereby causing the battery powered motor vehicle to turn sharply turn to the left.

In another preferred embodiment of the invention, battery powered motor vehicle may be converted into either a powered or unpowered hand truck by the addition of a cargo rack. The cargo rack has wire mesh sides to keep the cargo in place. When the cargo rack is connected to battery powered motor vehicle, a user may (1) place the cargo upon platform, (2) tilt the battery powered motor vehicle so that the right and the left back wheels are off of the ground, (3) grasp the steering console and cause the battery powered motor vehicle to move in a reverse direction, and (4) walk behind the battery powered motor vehicle to transport the cargo to a desired location. Alternatively, the user may place the battery powered motor vehicle in a neutral state and manually push the battery powered motor vehicle such as is done with a conventional hand truck.

Other aspects of the present invention will become apparent from the following detailed description, taken in conjunction with the accompanying drawings, which illustrate, by way of example, the principles of the invention.

US 6,907,949 B1

| 3 | 4 |

**BRIEF DESCRIPTION OF THE DRAWINGS**

FIG. 1 is a side elevation view of a battery powered motor vehicle in accordance with the present invention;

FIG. 2 is a top plan view of the battery powered motor vehicle;

FIG. 3 is a front elevation view of the battery powered motor vehicle;

FIG. 4 is a rear elevation view of the battery powered motor vehicle;

FIG. 5 is an opposite side elevation view of the battery powered motor vehicle;

FIG. 6 is a bottom plan view of the battery powered motor vehicle;

FIG. 7 is an enlarged simplified cross sectional view of a hub motor;

FIG. 8 is a front elevation view of the battery powered motor vehicle showing the rider's weight being placed on the right side of the battery powered motor vehicle's platform;

FIG. 9 is a top plan view of the battery powered motor vehicle gradually turning to the right;

FIG. 10 is a front elevation view of the battery powered motor vehicle showing the rider's weight being placed on the left side of the battery powered motor vehicle's platform;

FIG. 11 is a top plan view of the battery powered motor vehicle gradually turning to the left;

FIG. 12 is a top plan view of the battery powered motor vehicle's steering console turned to the right, the back wheels resultantly turned to the left, and the battery powered motor vehicle sharply turning to the right;

FIG. 13 is a top plan view of the battery powered motor vehicle's steering console turned to the left, the back wheels resultantly turned to the right, and the battery powered motor vehicle sharply turning to the left;

FIG. 14 is a side elevation view of the battery powered motor vehicle in a storage and shipping/storage configuration;

FIG. 15 is a top plan view of the battery powered motor vehicle in the storage and shipping/storage configuration;

FIG. 16 is a side elevation view of the battery powered motor vehicle with a cargo rack installed and loaded with cargo;

FIG. 17 is a rear elevation view of the battery powered motor vehicle with a cargo rack installed and loaded with cargo;

FIG. 18 is a side elevation view of the battery powered motor vehicle moving cargo;

FIG. 19 is a side elevation view of the battery powered motor vehicle with a seat support showing a seat in a undeployed downward position;

FIG. 20 is a side elevation view of the battery powered motor vehicle with the seat support showing the seat in an deployed upward position; and,

FIG. 21 is a side elevation view of a rider in a standing position riding the battery powered motor vehicle.

**DETAILED DESCRIPTION OF THE INVENTION**

Referring initially to FIGS. 1–6, there are illustrated side elevation, top plan, front elevation, rear elevation, opposite side elevation, and bottom plan views respectively of a battery powered motor vehicle for transporting a rider, generally designated as 20. FIG. 21 shows a rider being transported by battery powered motor vehicle 20. Battery powered motor vehicle 20 includes a body 22 having a

platform 24 for a rider to stand upon, platform 24 having a right side 26 and an opposite left side 28, and being partially covered by a non-slip mat. Battery powered motor vehicle 20 further includes a steering column 30 having a top end 32 and an opposite bottom end 34, bottom end 34 of steering column 30 is rotatably connected to body 22 wherein steering column 30 rotates about a first vertical axis 36. A steering console 38 is connected to top end 32 of steering column 30.

A right front wheel 37 is connected to right side 26 of body 22, right front wheel 37 having a right hub electric motor 39 (refer also to FIG. 7). A left front wheel 40 is connected to left side 28 of body 22, left front wheel 40 having a left hub electric motor 41. Right hub electric motor 39 is mechanically and electrically independent from left hub electric motor 41. That is, right 39 and left 41 hub electrical motors have no common axle and each is independently electrically driven. A right back wheel 42 is rotatable about a second vertical axis 44, and a left back wheel 46 is rotatable about a third vertical axis 48. Left back wheel 46 is spaced apart from and parallel to right back wheel 42. Right 42 and left 46 back wheels are mechanically linked to steering column 30, so that when steering column 30 is rotated to the right about first vertical axis 36, right 42 and left 46 back wheels rotate to the left about second 44 and third 46 vertical axes respectively (refer to FIG. 12), and when steering column 30 is rotated to the left about first vertical axis 36, right 42 and left 46 back wheels rotate to the right about second 44 and third 46 vertical axes respectively (refer to FIG. 13).

Battery powered motor vehicle 20 is power movable in either a foward or reverse direction. Power movable means being moved by delivering electrical power to right 37 and left 40.

Now also referring to FIGS. 8 and 9, when battery powered motor vehicle 20 is moving forward, the rider may selectively place a majority of his/her weight upon right side 26 of platform 24 thereby causing an increased mechanical load to be placed on right hub electric motor 39 and a decreased mechanical load to be placed on left hub electric motor 41, thereby causing battery powered motor vehicle 20 to turn gradually to the right. As defined herein, "to turn gradually" means that it takes battery powered motor vehicle 20 more than two body lengths of forward motion to turn 90°. Now referring to FIGS. 10 and 11, when battery powered motor vehicle 20 is moving forward, the rider may selectively place a preponderance of his/her weight upon left side 28 of platform 24, thereby causing an increased mechanical load to be placed on left hub electric motor 41 and a decreased mechanical load to be placed on right hub electric motor 39, thereby causing battery powered motor vehicle 20 to turn gradually to the left.

Now referring to FIG. 12, when battery powered motor vehicle 20 is moving forward, the rider may selectively turn steering console 38 to the right wherein steering column 30 rotates to the right about first vertical axis 36, right 42 and left 46 back wheels to rotate to the left about second 44 and third 48 vertical axes respectively, thereby causing battery powered motor vehicle 20 to turn sharply to the right. As defined herein, "to turn sharply" means that it takes the vehicle no more than two body lengths of forward motion to turn 90°. And when battery powered motor vehicle 20 is moving forward, the rider may selectively turn steering console 38 to the left wherein steering column 30 rotates to the left about first vertical axis 36 (refer to FIG. 1) causing right 42 and left 46 back wheels

US 6,907,949 B1

5

to rotate to the right, thereby causing battery powered motor vehicle 20 to turn sharply turn to the left.

FIG. 7 is an enlarged simplified cross sectional view of right hub motor 39. Right Hub motor 39 includes a stator 50 which is fixedly attached to body 22, and a rotor 52 which is attached to right front wheel 37 by a spoke 54. Right hub motor 39 receives power from a rechargeable lithium battery which is controlled by an accelerator control disposed on steering console 38.

FIG. 8 is a front elevation view of battery powered motor vehicle 20 showing the rider's weight being placed on the right side 26 of the battery powered motor vehicle's platform 24.

FIG. 9 is a top plan view of battery powered motor vehicle 20 gradually turning to the right.

FIG. 10 is a front elevation view of the battery powered motor vehicle 20 showing the rider's weight being placed on the left side 28 of the battery powered motor vehicle's platform 24.

FIG. 11 is a top plan view of the battery powered motor vehicle 20 gradually turning to the left.

FIG. 12 is a top plan view of the battery powered motor vehicle's steering console 38 turned to the right, back wheels 42 and 46 resultantly turned to the left, and battery powered motor vehicle 20 sharply turning to the right.

FIG. 13 is a top plan view of the battery powered motor vehicle's steering console 38 turned to the left, back wheels 42 and 46 resultantly turned to the right, and battery powered motor vehicle 20 sharply turning to the left.

FIGS. 14 and 15 are side elevation and top plan views respectively of battery powered motor vehicle 20 placed in a storage and shipping configuration. Body 22 has a rear portion 56. When battery powered motor vehicle 20 is not moving, steering column 30 is selectively positionable with respect to body 22 from a substantially vertical position (refer to FIG. 1) to a substantially horizontal position wherein steering column 38 is directed toward rear portion 56 of body 22. Steering column 30 is directed toward rear portion 56 of body 22. Steering column 30 is held in place by removing a threaded pin 58 (refer to FIG. 3) which holds steering column 30 in the horizontal position.

FIGS. 16 and 17 are side elevation and rear elevation views respectively of battery powered motor vehicle 20 with a cargo rack 60 installed and loaded with cargo 500, and FIG. 18 is a side elevation view of battery powered motor vehicle 20 moving cargo 500. Cargo rack 60 is selectively connectable to battery powered motor vehicle 20 for converting battery powered motor vehicle 20 into a hand truck. In the shown embodiment cargo rack 60 has wire mesh sides to keep cargo 500 in place. Also in the shown embodiment, cargo rack 60 is attached to battery powered motor vehicle 20. When cargo 500 rack 60 is connected to battery powered motor vehicle 20, a user may (1) place cargo 500 upon platform 24, (2) tilt battery powered motor vehicle 20 so that right 42 and left 46 back wheels are off of the ground, (3) grasp steering console 38 and cause battery powered motor vehicle 20 to move in 55 a reverse direction, and (4) walk behind battery powered motor vehicle 20 to transport cargo 500 to a desired location.

FIG. 19 is a side elevation view of battery powered motor vehicle 20 with a seat support 62 disposed on rear portion 54 of body 22, and showing a seat 64 in a undeployed downward position. And, FIG. 20 is a side elevation view of battery powered motor vehicle 20 with showing seat 64 in an deployed upward position. Seat support 62 extends upward from rear portion 54 of body 22. A seat column 66 has a first end 68 and an opposite second end 70, first end 68 pivotally connected to seat support 62. Seat 64 is pivotally connected to second end 70 of seat column 66. Seat column 66 may be

6

selectively pivoted from a downward orientation (FIG. 19) to an upward orientation (FIG. 20) wherein a user may sit upon seat 64 while he/she is riding battery powered motor vehicle 20. Additionally, seat 64 rotates about second end 70 of seat column 66 to accommodate the motion of the rider.

FIG. 21 is a side elevation view of a rider in a standing position riding battery powered motor vehicle 20.

In terms of use, a method for steering a battery powered motor vehicle 20 includes:

(a) providing the battery powered motor vehicle 20 including:
   a body 22 having a platform 24 for a rider to stand upon, platform 24 having a right side 26 and an opposite left side 28;
   a steering column 30 having a top end 32 and an opposite bottom end 34, bottom end 34 of steering column 30 rotatably connected to body 22, and steering column 30 rotatable about a first vertical axis 36;
   a steering console 38 connected to top end 32 of steering column 30;
   a right front wheel 37 connected to right side 26 of body 22, right front wheel 37 having a right hub electric motor 39;
   a left front wheel 40 connected to left side 28 of body 22, left front wheel 40 having a left hub electric motor 41; right hub electric 39 motor mechanically and electrically independent from left hub electric motor 41;
   a right back wheel 42 rotatable about a second vertical axis 44;
   a left back wheel 46 rotatable about a third vertical axis 48, left back wheel 46 spaced apart from and parallel to right back wheel 42;
   right 42 and left 46 back wheels mechanically linked to steering column 30 so that when steering column 30 is rotated to the right about first vertical axis 36, right 42 and left back 46 wheels rotate to the left about second 44 and third 48 vertical axes respectively, and when steering column 30 is rotated to the left about first vertical axis 36, right 42 and left 46 back wheels rotate to the right about second 44 and third 48 vertical axes respectively;
   battery powered motor vehicle 20 power movable in either a forward or reverse direction;
(b) causing battery powered motor vehicle 20 to move in the forward direction;
(c) the rider performing at least one of the following four maneuvers:
   (1) placing a majority of the rider's weight W upon right side 26 of platform 24 thereby causing an increased mechanical load to be placed on right hub electric motor 39 and a decreased mechanical load to be placed on left hub electric motor 41, thereby causing battery powered motor vehicle 20 to turn gradually to the right;
   (2) placing a majority of the rider's weight W upon left side 28 of platform 24, thereby causing an increased mechanical load to be placed on left hub electric motor 41 and a decreased mechanical load to be placed on right hub electric motor 39, thereby causing battery powered motor vehicle 20 to turn gradually to the left;
   (3) turning steering console 38 to the right wherein steering column 30 rotates to the right causing right 42 and left 46 back wheels to rotate to the left about second 44 and third 48 vertical axes respectively;

7

thereby causing battery powered motor vehicle 20 to turn sharply to the right; and,

(d) turning said steering console 38 to the left wherein steering column 30 rotates to the left causing right 42 and left 46 back wheels to rotate to the right about second 44 and third 48 vertical axes respectively, thereby causing battery powered motor vehicle 20 to turn sharply to the left.

In another embodiment of the invention, a method for a user to move cargo 500 using a battery powered motor vehicle 20, includes:

(a) providing a battery powered motor vehicle 20, including:

a body 22 having a platform 24, platform 24 having a right side 26 and an opposite left side 28;

a steering column 30 having a top end 32 and an opposite bottom end 34, bottom end 34 of steering column 30 rotatably connected to body 22, steering column 30 rotatable about a first vertical axis 36;

a steering console 38 connected to top end 32 of steering column 30;

a right front wheel 37 connected to right side 26 of body 22, right front wheel 37 having a right hub electric motor 39;

a left front wheel 40 connected to left side 28 of body 22, left front wheel 40 having a left hub electric motor 41; right hub electric motor 39 mechanically and electrically independent from left hub electric motor 41;

battery powered motor vehicle 20 power movable in either a forward or reverse direction;

a right back wheel 42 rotatable about a second vertical axis 44;

a left back wheel 46 rotatable about a third vertical axis 44, left back wheel 46 spaced apart from and parallel to right back wheel 42;

a cargo rack 60 selectively connectable to battery powered motor vehicle 20;

(b) connecting cargo rack 60 to battery powered motor vehicle 20 thereby converting battery powered motor vehicle 20 into a hand truck;

(c) placing cargo 500 upon platform 24;

(d) tilting battery powered motor vehicle 20 so that right 42 and left 46 back wheels are off of the ground;

(e) the user grasping steering console 38 and causing battery powered motor vehicle 20 to move in the reverse direction (wheels 37 and 40 rotating in a reverse direction); and,

(e) the user walking behind battery powered motor vehicle 20 to transport cargo 500 to a desired location.

In another embodiment of the invention, a method for a user to move cargo using a battery powered motor vehicle in an unpowered state, comprising:

(a) providing a battery powered motor vehicle 20, including:

a body 22 having a platform 24, platform 24 having a right side 26 and an opposite left side 28;

a steering column 30 having a top end 32 and an opposite bottom end 34, bottom end 34 of steering column 30 rotatably connected to body 22, steering column 30 rotatable about a first vertical axis 36;

a steering console 38 connected to top end 32 of steering column 30;

a right front wheel 37 connected to right side 26 of body 22, right front wheel 37 having a right hub electric motor 39;

8

a left front wheel 40 connected to left side 40 of body 22, left front wheel 40 having a left hub electric motor 41; right hub electric motor 39 mechanically and electrically independent from left hub electric motor 41;

battery powered motor vehicle 20 having a neutral state wherein right 39 and left 41 front wheels freely rotate in either a forward or reverse direction;

a right back wheel 42 rotatable about a second vertical axis 44;

a left back wheel 46 rotatable about a third vertical axis 48, left back wheel 46 spaced apart from and parallel to right back wheel 42;

a cargo rack 60 selectively connectable to battery powered motor vehicle 20;

(b) connecting cargo rack 60 to battery powered motor vehicle 20 thereby converting battery powered motor vehicle 20 into a hand truck;

(c) placing cargo 500 upon platform 24;

(d) tilting battery powered motor vehicle 20 so that right 42 and left 46 back wheels are off of the ground;

(e) the user grasping steering console 38 to be in the neutral state; and,

(e) the user and walking behind battery powered motor vehicle 20 and pushing battery powered motor vehicle 20 in a reverse direction to transport cargo 500 to a desired location.

The preferred embodiments of the invention described herein are exemplary and numerous modifications, variations, and rearrangements can be readily envisioned to achieve an equivalent result, all of which are intended to be embraced within the scope of the appended claims.

I claim:

1. A method for steering a battery powered motor vehicle, comprising:

(a) providing a battery powered motor vehicle, including:

a body having a platform for a rider to stand upon, said platform having a right side and an opposite left side;

a steering column having a top end and an opposite bottom end, said bottom end of said steering column rotatably connected to said body, said steering column rotatable about a first vertical axis;

a steering console connected to said top end of said steering column;

a right front wheel connected to said right side of said body, said right front wheel having a right hub electric motor;

a left front wheel connected to said left side of said body, said left front wheel having a left hub electric motor; said right hub electric motor mechanically and electrically independent from said left hub electric motor;

a right back wheel rotatable about a second vertical axis;

a left back wheel rotatable about a third vertical axis, said left back wheel spaced apart from and parallel to said right back wheel;

said right and left back wheels mechanically linked to said steering column so that when said steering column is rotated to the right about said first vertical axis, said right and left back wheels rotate to the left about said second and third vertical axes respectively, and when said steering column is rotated to the left about said first vertical axis, said right and left back wheels rotate to the right about said second and third vertical axes respectively.

US 6,907,949 B1

9

said battery powered motor vehicle power movable in either a forward or reverse direction;

(b) causing said battery powered motor vehicle to move in said forward direction;

(c) the rider performing at least one of the following four maneuvers:

(1) placing a majority of the riders's weight upon said right side of said platform, thereby causing an increased mechanical load to be placed on said right hub electric motor and a decreased mechanical load to be placed on said left hub electric motor, thereby causing said battery powered motor vehicle to turn gradually to the right;

(2) placing a majority of the riders's weight upon said left side of said platform, thereby causing an increased mechanical load to be placed on said left hub electric motor and a decreased mechanical load to be placed on said right hub electric motor, thereby causing said battery powered motor vehicle to turn gradually to the left;

(3) turning said steering console to the right wherein said steering column rotates to the right about said first vertical axis causing said right and left back wheels to rotate to the left about said second and third vertical axes respectively, thereby causing said battery powered motor vehicle to turn sharply to the right; and,

(4) turning said steering console to the left wherein said steering column rotates to the left about said first vertical axis causing said right and left back wheels to rotate to the right about said second and third vertical axes respectively, thereby causing said battery powered motor vehicle to turn sharply to the left.

2. A method for a user to move cargo using a battery powered motor vehicle, comprising:

(a) providing a battery powered motor vehicle, including:

a body having a platform, said platform having a right side and an opposite left side;

a steering column having a top end and an opposite bottom end, said bottom end of said steering column rotatably connected to said body, said steering column rotatable about a first vertical axis;

a steering console connected to said top end of said steering column;

a right front wheel connected to said right side of said body, said right front wheel having a right hub electric motor;

a left front wheel connected to said left side of said body, said left front wheel having a left hub electric motor; said right hub electric motor mechanically and electrically independent from said left hub electric motor;

said battery powered motor vehicle power movable in either a forward or reverse direction;

a right back wheel rotatable about a second vertical axis;

a left back wheel rotatable about a third vertical axis, said left back wheel spaced apart from and parallel to said right back wheel;

a cargo rack selectively connectable to said battery powered motor vehicle;

(b) connecting said cargo rack to said battery powered motor vehicle thereby converting said battery powered motor vehicle into a hand truck;

(c) placing cargo upon said platform;

(d) tilting said battery powered motor vehicle so that said right and left back wheels are off of the ground;

10

(e) the user grasping said steering console and causing said battery powered motor vehicle to move in said reverse direction; and,

(f) the user walking behind said battery powered motor vehicle to transport said cargo to a desired location.

3. A method for a user to move cargo using a battery powered motor vehicle, comprising:

(a) providing a battery powered motor vehicle, including:

a body having a platform, said platform having a right side and an opposite left side;

a steering column having a top end and an opposite bottom end, said bottom end of said steering column rotatably connected to said body, said steering column rotatable about a first vertical axis;

a steering console connected to said top end of said steering column;

a right front wheel connected to said right side of said body, said right front wheel having a right hub electric motor;

a left front wheel connected to said left side of said body, said left front wheel having a left hub electric motor; said right hub electric motor mechanically and electrically independent from said left hub electric motor;

said battery powered motor vehicle having a neutral state wherein said right and left front wheels freely rotate in either a forward or reverse direction;

a right back wheel rotatable about a second vertical axis;

a left back wheel rotatable about a third vertical axis, said left back wheel spaced apart from and parallel to said right back wheel;

a cargo rack selectively connectable to said battery powered motor vehicle;

(b) connecting said cargo rack to said battery powered motor vehicle thereby converting said battery powered motor vehicle into a hand truck;

(c) placing cargo upon said platform;

(d) tilting said battery powered motor vehicle so that said right and left back wheels are off of the ground;

(e) the user grasping said steering console and causing said battery powered motor vehicle to be in said neutral state; and,

(f) the user walking behind said battery powered motor vehicle and pushing said battery powered motor vehicle in a reverse direction to transport said cargo to a desired location.

4. A battery powered motor vehicle for transporting a rider, comprising:

a body having a platform for a rider to stand upon, said platform having a right side and an opposite left side;

a steering column having a top end and an opposite bottom end, said bottom end of said steering column rotatably connected to said body, said steering column rotatable about a first vertical axis;

a steering console connected to said top end of said steering column;

a right front wheel connected to said right side of said body, said right front wheel having a right hub electric motor;

a left front wheel connected to said left side of said body, said left front wheel having a left hub electric motor; said right hub electric motor mechanically and electrically independent from said left hub electric motor;

a right back wheel rotatable about a second vertical axis;

EXHIBIT B

*The
United
States
of
America*

### The Director of the United States Patent and Trademark Office

*Has received an application for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.*

*Therefore, this*

### United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America, or importing the design into the United States of America for the term of fourteen years from the date of grant of this patent.*

*Jon W. Dudas*

Director of the United States Patent and Trademark Office

US00D507206S

(12) **United States Design Patent** (10) Patent No.: **US D507,206 S**

Wang (45) Date of Patent: ** **Jul. 12, 2005**

(54) **MOTOR DRIVEN VEHICLE FOR TRANSPORTING A STANDING PERSON**

(76) Inventor: **John Baron Wang**, 118 13th St., Del Mar, CA (US) 92014

(**) Term: **14 Years**

(21) Appl. No.: **29/201,952**

(22) Filed: **Mar. 22, 2004**

(51) LOC (8) Cl. .................................. **12-14**
(52) U.S. Cl. .................................. **D12/1**
(58) Field of Search ................. D12/1, 107, 16,
D12/85, 128, 131, 174–181, 184–186; D21/423;
180/19.1, 78, 180, 211, 189.13, 21, 218,
13, 333, 315, 208, 210; 280/220–221, 11.115,
842

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D192,912 | S | * | 5/1962 | Weigel et al. ............. D12/85 |
| D199,384 | S | * | 10/1964 | Laher ...................... D12/85 |
| D227,813 | S | * | 7/1973 | Armstrong ............... D12/128 |

| | | | | |
|---|---|---|---|---|
| 4,087,108 | A | * | 5/1978 | Winchell ................ 280/221 |
| 4,750,578 | A | * | 6/1988 | Brandenfels ............ 180/13 |
| 6,334,838 | B1 | * | 1/2002 | Lee ...................... 482/51 |
| 6,375,208 | B1 | * | 4/2002 | Lee ..................... 280/245 |
| 6,561,294 | B1 | * | 5/2003 | Kamen et al. ........... 180/21 |

* cited by examiner

*Primary Examiner*—Nelson C. Holtje
(74) *Attorney, Agent, or Firm*—Ted Masters

(57) **CLAIM**

The ornamental design for a motor driven vehicle for transporting a standing person, as shown and described.

**DESCRIPTION**

FIG. 1 is a right side elevational view of a motor driven vehicle for transporting a standing person;
FIG. 2 is a top plan view thereof;
FIG. 3 is a front elevational view thereof;
FIG. 4 is a rear elevational view thereof; and,
FIG. 5 is a left side elevational view thereof.
The broken line showing of housing is for illustrative purposes only and forms no part of the claimed design.

1 Claim, 3 Drawing Sheets



**U.S. Patent**    Jul. 12, 2005    Sheet 1 of 3    US D507,206 S



FIG. 1



FIG. 2

**U.S. Patent**  Jul. 12, 2005  Sheet 3 of 3  US D507,206 S

FIG. 5



**U.S. Patent**    Jul. 12, 2005    Sheet 2 of 3    US D507,206 S



FIG. 4



FIG. 3

EXHIBIT C




JAMES WM. BRAVOS, ESQ.
State Bar No. 138097
5022 Santa Monica Ave.
San Diego, CA 92107
(619) 222-3504

Attorney for Plaintiff, Q-ELECTRIC LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Q-ELECTRIC LLC,                        )    Case No.:
                                       )
            Plaintiff,                 )    DECLARATION OF
                                       )
      v,                               )    JOHN FUHMANN
                                       )
HOT 4 SCOOTERS et al.                  )
                                       )
            Defendants.                )
_____)

      I, JOHN FUHMANN, declare that I have personal knowledge of
the foregoing and if called to testify, I am able to competently
testify to the following:

      1.   I have made comparisons between the original Q Electric
Chariot scooter ("Q") and the imitation products distributed by
the defendants in the above captioned matter.

      2.   There are a number of different versions that were
available on the market in which the general utility of the Q is
obviously copied.

      3.   The unique design of the Q features four (4) wheels.

The two front are powered, and, the rear wheels are used to steer.  This unique design of the Q was used by the imitators.

    4.   The Q's thumb controlled throttle, steering linkage steering method, and, the underside mounted batteries are copied on the counterfeits

    5.   The Q's handlebar neck which folds down for shipping and storage was copied by the impostors.

    6.   The following parts on the typical imitator are identical to the Q:

    a.   Headlight and headlight housing;

    b.   Battery and speed gauges;

    c.   Brake cable assembly;

    d.   Handlebar height adjustment clamp and rubber covers; and,

    e.   Band brakes in the back wheels.

I, declare under the penalty of perjury under the Laws of the United States of America that the foregoing is true and correct.

Dated:

                                _____

                           JOHN FUHMANN

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 143824      — KD**

**October 29, 2007
16:07:45**

**Civ Fil Non-Pris**
USAO #.: 07CV2060
Judge..: JEFFREY T MILLER
Amount.:                    $350.00 CK
Check#.: BC 101

**Total-> $350.00**

FROM: CIVIL FILING
Q-ELECTRIC, LLC V. HOT 4 SCOOT
ET AL

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILED**

**07 OCT 29 PM 2:57**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| CQ-ELECTRIC LLC | HOT 4 SCOOTER'S, etc.  S.C. |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED San Diego PLAINTIFF (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT California  S.C. (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) James Wm Brewer, ESQ. 2155 Sunset Cliffs Blvd SD CA 92107  619 222-3500 | ATTORNEYS (IF KNOWN) '07 CV 2060 JM (LSP) |

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- 1 U.S. Government Plaintiff
- 3 Federal Question (U.S. Government Not a Party)
- 2 U.S. Government Defendant
- ✓ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

35 U.S.C. 271

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| 110 Insurance | | | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury-Medical Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury-Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | PROPERTY RIGHTS | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | 820 Copyrights | 450 Commerce-ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers Liability | 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | 830 Patent | 460 Deportation |
| 151 Medicare Act | 340 Marine | PERSONAL PROPERTY | 640 R.R. & Truck | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 370 Other Fraud | 650 Airline Regs | SOCIAL SECURITY | 810 Selective Service |
| 153 Recovery of Overpayment of Veterans Benefits | 350 Motor Vehicle | 371 Truth in Lending | 660 Occupational Safety/Health | 861 HIA (1395ff) | 850 Securities/Commodities Exchange |
| 160 Stockholders Suits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | 690 Other | 862 Black Lung (923) | 875 Customer Challenge 12 USC |
| 190 Other Contract | 360 Other Personal Injury | 385 Property Damage Product Liability | LABOR | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| 195 Contract Product Liability | | | 710 Fair Labor Standards Act | 864 SSID Title XVI | 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | 720 Labor/Mgmt Relations | 865 RSI (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence Habeas Corpus | 730 Labor/Mgmt Reporting & Disclosure Act | FEDERAL TAX SUITS | 894 Energy Allocation Act |
| 220 Foreclosure | 442 Employment | | 740 Railway Labor Act | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 530 General | 790 Other Labor Litigation | 871 IRS - Third Party 26 USC 7609 | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | 791 Empl. Ret. Inc. Security Act | | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | 440 Other Civil Rights | 540 Mandamus & Other | | | 890 Other Statutory Actions |
| 290 All Other Real Property | | 550 Civil Rights | | | |
| | | 555 Prisoner Conditions | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

- ✓ 1 Original Proceeding
- 2 Removal from State Court
- 3 Remanded from Appellate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multidistrict Litigation
- 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
- CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ A.I.M.I.L.
- CHECK YES only if demanded in complaint: JURY DEMAND: ☑ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**
JUDGE _____   Docket Number _____

| DATE 10/29/07 | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|

#143829    #350    RO  10/29/07

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)