UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q-ELECTRIC, LLC,<br><br>      Plaintiff,<br>v.<br><br>HOT 4 SCOOTERS, et al,<br><br>      Defendants. | Case No. 07cv2060 JM(LSP)<br><br>ORDER SETTING STATUS CONFERENCE |

  Upon the Court's own motion, a Status Conference shall be convened in the chambers of the Hon. Jeffrey T. Miller on *March 17, 2008 at 10:30 a.m.* All counsel are ordered to participate in this conference.

  IT IS SO ORDERED.

DATED: February 22, 2008

                     _____
                     Hon. Jeffrey T. Miller
                     United States District Judge