1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
9             **SOUTHERN DISTRICT OF CALIFORNIA**
10

11  Q-ELECTRIC LLC,                              CASE NO. 07cv2060 JM(LSP)

12                              Plaintiff,       ORDER TO SHOW CAUSE WHY
                                                 CASE SHOULD NOT BE
13         vs.                                   DISMISSED

    HOT 4 SCOOTERS, et al. ,
14
                              Defendants.
15

16         On October 29, 2007 Plaintiff commenced this patent infringement action

17  seeking injunctive relief.  The court issues this Order to Show Cause Why the Case

18  Should Not Be Dismissed ("OSC") because (1) Plaintiff has failed to effectuate timely

19  service of process pursuant to Fed.R.Civ.P. 4 and (2) Plaintiff has failed to prosecute

20  this action within the meaning of Fed.R.Civ.P. 41 and Civil Local Rule 41.1.  The OSC

21  is calendared for September 12, 2008 at 1:30 p.m.

22         **IT IS SO ORDERED.**

23  DATED:  August 29, 2008

24                                              _____
                                                Hon. Jeffrey T. Miller
25                                              United States District Judge

26  cc:         All parties

27
28

- 1 -                                    07cv2060