1  JAMES WM. BRAVOS, ESQ.
   State Bar No. 138097
2  2185 Sunset Cliffs Blvd.
   San Diego, CA 92107 (619) 222-3504
3
   Attorney for Plaintiff, Q-ELECTRIC LLC
4

**FILED**

2008 SEP 19  AM 9: 26

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

**NUNC PRO TUNC**

SEP 1 6 2008

8              UNITED STATES DISTRICT COURT
9             SOUTHERN DISTRICT OF CALIFORNIA

10  Q-ELECTRIC LLC,                      )  CASE NO. 3-07-cv-2060
                                         )
11          Plaintiff,                   )  NOTICE OF SUSPENSION OF
12      v,                               )  PLAINTIFF'S ATTORNEY OF
                                         )  RECORD
13  HOT 4 SCOOTERS,  et al.,             )
                                         )
14      Defendants.                      )
                                         )
15  _____ )

16      PLEASE BE NOTICED that plaintiff's attorney, JAMES WM. BRAVOS

17  has been suspended from the practice of law until October 23,

18  2008.  This notice is given pursuant to Cal.Rule of Court 9.20.

19  September 12, 2008

21                                    JAMES WM. BRAVOS